UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RAMIREZ,<br><br>                Plaintiff,<br><br>            v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 13-5473 JC<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: January 31, 2014

                                                  /s/
                               _____
                               Honorable Jacqueline Chooljian
                               UNITED STATES MAGISTRATE JUDGE